UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GARRETT SMITH, <br><br> Petitioner, <br><br> v. <br><br> RON HAYNES, <br><br> Respondent. | CASE NO. 3:19-CV-05394-RBL-DWC <br><br> ORDER |

This matter comes before the Court on Petitioner John Garrett Smith's Motion requesting the Court direct Respondent Ron Haynes' counsel to recuse themselves ("Motion to Recuse") and Respondent's Motion for Extension of Time to File Answer ("Motion for Extension"). Dkt.10, 13. After review of the relevant record, the Motion to Recuse (Dkt. 10) is denied and the Motion for Extension (Dkt. 13) is granted.

**I.  Motion to Recuse (Dkt. 10)**

Petitioner filed the Motion to Recuse requesting the Court deny attorney appearances from Robert Ferguson, Washington State Attorney General, and Paul Weisser, Senior Counsel at the Attorney General's Office and not let them participate in this case. Dkt. 10. Petitioner asserts

Mr. Ferguson and Mr. Weisser have conflicts of interest because Petitioner has pending lawsuits against them. *Id*. Petitioner has not shown filing a lawsuit against opposing counsel is grounds for this Court to find opposing counsel has a conflict of interest and may not participate as counsel for the opposing party in a case. Therefore, Petitioner's Motion to Recuse (Dkt. 10) is denied with prejudice.

**II.     Motion for Extension (Dkt. 13)**

On September 5, 2019, Respondent file the Motion for Extension. Dkt. 13. Respondent's counsel requests a ten-day extension of time to answer the Petition because he recently received the state court records and needs additional time to review the records for submission to this Court. *Id*. After review of Respondent's Motion for Extension, the Motion for Extension (Dkt. 13) is granted. Respondent shall have up to and including September 20, 2019 to file an answer to the Petition.

Dated this 11th day of September, 2019.

David W. Christel
United States Magistrate Judge